■ In the Matter of ANDRES VEGA, Appellant, v ANDREA W. EVANS, Chairwoman, New York State Department of Corrections and Community Supervision, Respondent. [971 NYS2d 925]— Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered May 23, 2012 in a proceeding pursuant to CPLR article 78. The judgment denied the petition.

It is hereby ordered that said appeal is unanimously dismissed

without costs as moot (*see Matter of Ansari v Travis*, 9 AD3d 901 [2004], *lv denied* 3 NY3d 610 [2004]). Present—Smith, J.P., Carni, Sconiers and Valentino, JJ.